## Commonwealth *v.* McCauley, Appellant.

Submitted April 24, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Melvin Dildine*, Assistant Defender, and *Vincent J. Ziccardi*, Acting Defender, for appellant.

*J. Bruce McKissock*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 9, 1970:
Order affirmed.